NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAMSUNG ELECTRONICS CORPORATION, LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**

*Plaintiffs-Appellants*

**v.**

**OURA HEALTH OY, OURARING INC.,**

*Defendants-Appellees*

———————————

2025-1871

———————————

Appeal from the United States District Court for the Northern District of California in No. 3:24-cv-03245-AMO, Judge Araceli Martinez-Olguin.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  SAMSUNG ELECTRONICS CORPORATION, LTD. V. OURA HEALTH
                                                      OY

    (2)  Each side shall bear their own costs.



                                    FOR THE COURT


August 15, 2025
       Date                              Jarrett B. Perlow
                                            Clerk of Court


**ISSUED AS A MANDATE:** August 15, 2025